722-19/MEU/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Petitioner
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger
Manuel A. Molina

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LOUIS DREYFUS COMPANY FREIGHT ASIA PTE. LTD.,

              Petitioner,

- against -

XCOAL ENERGY AND
RESOURCES GMBH,

              Respondents.
-----------------------------------------------------------------x

11 Civ __ ( )

**RULE 7.1 STATEMENT**

Petitioner, LOUIS DREYFUS COMPANY FREIGHT ASIA PTE. LTD., by and through its attorneys, Freehill Hogan & Mahar LLP, and pursuant to Federal Rule of Civil Procedure 7.1, certifies that there are no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       January 10, 2020

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Petitioner

                By: _____
                              Michael E. Unger
                              Manuel A. Molina
                              80 Pine Street, 25th Floor
                              New York, NY 10005
                              (212) 425-1900

518168.1