UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LOUIS DREYFUS COMPANY FREIGHT ASIA PTE.                           :
LTD.,                                                             :
                                                                  :     20-CV-245 (JMF)
                              Petitioner,                         :
                                                                  :
             and                                                  :     ORDER
                                                                  :
                                                                  :
XCOAL ENERGY AND RESOURCES GMBH,                                  :
                                                                  :
                              Respondent.                         :
                                                                  X
-------------------------------------------------------------------

JESSE M. FURMAN, District Judge:

      On January 13, 2020, Petitioner Louis Dreyfus Company Freight Asia Pte. Ltd. filed a petition to compel arbitration. Petitioner has not yet docketed an affidavit of service.

      Accordingly, it is hereby ORDERED that Petitioner shall docket forthwith a certificate of service proving that Petitioner properly served Respondent.

      It is further ORDERED that Respondent shall file and serve any opposition to the petition by **February 10, 2020.** Petitioner's reply, if any, shall be filed and served by **February 17, 2020.** At the time its reply is filed and served, Petitioner shall supply to Chambers two courtesy hard copies of the parties' filings, marked as such, by mailing or delivering them to the Thurgood Marshall Courthouse, 40 Centre Street, Room 2202, New York, New York.

      In accordance with the Court's Individual Rules and Practices, requests for adjournment or extension may be made only by letter and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Finally, it is hereby ORDERED that **Petitioner (1) serve upon Respondent a copy of this Order and the Court's Individual Rules and Practices forthwith, and (2) file proof of such service with the Court.** If unaware of the identity of counsel for Respondent, Petitioner must forthwith send a copy of this Order and the Court's Individual Rules and Practices to Respondent itself.

SO ORDERED.

Dated: January 14, 2020
      New York, New York

_____
JESSE M. FURMAN
United States District Judge